FILED

03/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0140

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**DA 24-0140**

_____

STILLWATER MINING COMPANY,
Plaintiff/Appellant
v.
AIG CLAIMS, INC.,
Defendant/Appellee.

_____

**ORDER**

_____


The parties have stipulated to retain Guy Rogers as the mediator in this case pursuant to Rule 7(4)(b), Montana Rules of Appellate Procedure. The parties further stipulate to hold the deadlines imposed for briefing in abeyance until the earlier of the date of the filing of the mediator's report or expiration of the 75-day time limit set forth in Rule 7(3)(a), Montana Rules of Appellate Procedure.

For good cause showing, IT IS HEREBY ORDERED that the deadlines imposed for briefing are held in abeyance until the earlier of the date of the filing of the mediator's report or expiration of the 75-day time limit set forth in Rule 7(3)(a), Montana Rules of Appellate Procedure.

DATED this _____ day of March, 2024.

By: _____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 27 2024